# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WHEEL PROS, LLC, | Case No.: 2:21-CV-04207-AB-SHK |
|---|---|
| Plaintiff, | Assigned for all Purposes to: JUDGE ANDRE BIROTTE JR. |
| v. | |
| AREV DISTRIBUTING INC., d/b/a AZAD WHEELS, and FORCE OFF ROAD, INC., | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

The Court approves the parties' Stipulation for Dismissal of Entire Action Without Prejudice, including all claims and all causes of action. The Court ORDERS that this entire action and all causes of action therein is hereby dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: June 09, 2022

_____
HON. ANDRE BIROTTE JR.
United States District Court Judge

MUCH SHELIST, P.C.
660 NEWPORT CENTER DRIVE, SUITE 900
NEWPORT BEACH, CA 92660